# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ANTHONY D. LAMAR
ADC # 120479                                                                   PETITIONER

v.                               No. 5:12-cv-182-DPM

RAY HOBBS, Director, Arkansas
Department of Correction                                                       RESPONDENT

## JUDGMENT

Lamar's *habeas corpus* petition is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 July 2012