IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY D. LAMAR
ADC # 120479                                                                    PETITIONER

v.                              No. 5:12-cv-182-DPM

RAY HOBBS, Director, Arkansas
Department of Correction                                                        RESPONDENT

## JUDGMENT

Lamar's *habeas corpus* petition is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

3 July 2012